5, 1909.) Action by John Morgan, an infant, by Mary Morgan, his guardian ad litem, against the Long Island Railroad Company and another. No opinion. Judgment and order unanimously affirmed, with costs.

MORRISON v. CHAPMAN. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by John Morrison against Elverton R. Chapman. No opinion. Motion denied, with $10 costs. Settle order on notice.

MOULD, Appellant, v. WILCOX, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Charity C. Mould against Helen A. Wilcox. No opinion. Motion denied, with $10 costs.

MOWBRAY v. DE FOREST. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by William E. Mowbray against Harriet De Forest. No opinion. Motion granted, unless appellant have appeal ready for April term. Order filed.

MOWSON, Respondent, v. MOWSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by Harry K. Mowson against Sarah A. Mowson. No opinion. Order affirmed, without costs of this appeal to either party.

MUNRO, Respondent, v. FULTS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Action by John C. Munro against William Fults.
PER CURIAM. Judgment of County Court, and final order of justice of the peace, reversed, with costs in this court and the courts below to the appellant. Held, that the record shows that upon the return of the precept, and again before the issuance of the warrant, the defendant tendered the full amount of rent unpaid (including all ·costs and disbursements), which the petitioner refused to accept, and the proceedings should have been dismissed. (Flewwellin v. Lent, 91 App. Div. 430, 86 N. Y. Supp. 919), and also that no proper demand for rent was made by the petitioner.
McLENNAN, P. J., and KRUSE, J., dissent.

MURPHY et al., v. SHAPIRO, et al. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) Action by Frederick W. Murphy and another against Louis Shapiro and another. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

In re MUTUAL TRUST CO. OF WESTCHESTER COUNTY. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) In the matter of the application of the Mutual Trust Company of Westchester County to be designated as a deposit bank for moneys paid into court. No opinion. Application granted.

MYERS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by Pearl E. Myers, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

MYERS, Respondent, v. SAN DOMINGO IMPROVEMENT CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by Jesse Myers against the San Domingo Improvement Company of New York. F. E. Smith, for appellant. J. M. Marshall, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to amend on payment of costs. Order filed.

NASH, Appellant, v. CROSIER, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by Augusta B. Nash against John S. Crosier, as executor, etc. No opinion. Judgment affirmed, with costs.

NAYLOR v. NAYLOR et al. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909.) Action by Mary Evelyn Naylor against James Oliver Naylor and another. No opinion. Order affirmed, with $10 costs and disbursements.

NAYLOR v. NAYLOR et al. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) Action by Mary Evelyn Naylor against James Oliver Naylor and another. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

NEAGLE, Appellant, v. SYRACUSE, B. & O. R. CO., Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Garrett Neagle, as administrator, etc., against the Syracuse, Binghamton & Oswego Railroad Company, impleaded with others.
PER CURIAM. Judgment affirmed, with costs.
SPRING and KRUSE, JJ., dissent.

NEAL & BRINKER CO., Appellant, v. WHEELOCK, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by the Neal & Brinker Company against Harry D. Wheelock. No opinion. Motion denied, with $10 costs.

NEAL & BRINKER CO., Appellant, v. WHEELOCK, Respondent. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by the Neal & Brinker Company against Harry D. Wheelock. No opinion. Order affirmed, with $10 costs and disbursements.

In re NENNO. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) In the matter of the appointment of a